UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JOSHUA SADAT WASHINGTON,<br><br>　　　　　　　　　　Defendant. | 2:16-cr-00279-JAD-PAL<br><br>**Order Re: Letter Request**<br><br>[ECF No. 59] |

　　　Joshua Sadat Washington, a criminal defendant represented by counsel, has filed a letter asking me to address a "conflict of interest matter" that his attorney has refused to bring to the court's attention. ECF No. 59. Washington is advised that the court does not respond to letters or take action in response to letters. Requests for relief must be made by motion. Fed. R. Cr. Proc. 12(b).

　　　And Washington cannot personally file motions at this time because he is represented by counsel, and it is his attorney who must file motions on his behalf. Local Rule 11-6(a) explains that "A party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." LR IA 11-6(a). Accordingly, if Washington believes that relief is necessary, he must ask his attorney to bring the motion. Washington is cautioned that not all arguments that a defendant believes should be raised are meritorious, and there may be valid legal or strategic reasons that trained counsel may find it unnecessary, improper, or unwise to bring an issue to the attention of the court.

　　　Accordingly, the Clerk of Court is instructed to STRIKE Washington's letter [ECF No. 59] from the docket. Defense counsel is directed to provide a copy of this order to Washington.

　　　Dated this 20th day of July, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge