STEVEN W. MYHRE
Acting United States Attorney
ROBERT A. KNIEF
Assistant United States Attorney
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6418
Email: robert.knief@usdoj.gov

*Attorneys for United States of America*

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA WASHINGTON,<br><br>Defendant. | **2:16-CR-279-JAD-PAL**<br><br>STIPULATION TO RESET<br>DATE FOR GOVERNMENT RESPONSE<br>(First Request (modified)) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rebecca Levy, counsel for Defendant Joshua Washington, that the deadline for the government response to defendant's Motion to Suppress Evidence (ECF #54), be reset for August 22, 2017, or a date thereabouts convenient for the Court.

This stipulation is entered into for the following reasons:

1. Government counsel completed a scheduled which began on July 24, 2017, and is scheduled to begin a second trial on August 7, 2017, and requires additional to fully respond to defendant's motion.

2. On July 26, 2017, the District Court granted a stipulated continuance request of the

trial date to September 26, 2017 with a calendar call on September 18, 2017.

3. Defendant is in custody and does not object to the continuance.

4. For the reasons stated above, the ends of justice would best be served by a continuance of the government deadline.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. Waiver of Speedy trial is not required as the District Court grant a stipulated continuance of the trial until after the requested government response date.

7. This is the first request for a continuance filed herein.

DATED this 27th day of July, 2017.

                                              STEVEN W. MYHRE
                                              Acting United States Attorney

*/s/ Rebecca Levy*                                   */s/ Robert Knief*
REBECCA LEVY                                       ROBERT KNIEF
Counsel for Defendant                             Assistant United States Attorney

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
*-oOo-*

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSHUA WASHINGTON,

        Defendant.

**2:16-CR-279-JAD-PAL**

FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER

## FINDINGS OF FACT

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Government counsel completed a scheduled which began on July 24, 2017 and is scheduled to begin a second trial on August 7, 2017, and requires additional to fully respond to defendant's motion.

2. On July 26, 2017, the District Court granted a stipulated continuance request of the trial date to September 26, 2017 with a calendar call on September 18, 2017.

3. The Defendant is in custody and does not object to the continuance.

4. For the reasons stated above, the ends of justice would best be served by a continuance of the government deadline.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity

1

within which to be able to effectively and thoroughly negotiate the case and prepare for trial, taking into account the exercise of due diligence.

**ORDER**

IT IS THEREFORE ORDERED that the government's response to Defendant's Motion to Suppress (ECF #54), is due on the 22 day of August, 2017.

DATED this 31st day of July, 2017.

_____
HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2