RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Joshua Sadat Washington

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSHUA SADAT WASHINGTON,<br><br>  Defendant. | Case No. 2:16-cr-279-JAD-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE REPORT AND RECOMMENDATION**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven Myhre, Acting United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca Levy, Assistant Federal Public Defender, counsel for Joshua Sadat Washington, that the Objections to the Report and Recommendation currently due on August 14, 2017, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs the additional time to draft the objections.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for an extension of time.

DATED this 10th day of August, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN MYHRE<br>Acting United States Attorney |
| */s/ Rebecca Levy*<br>By_____<br>REBECCA LEVY<br>Assistant Federal Public Defender | */s/ Robert Knief*<br>By_____<br>ROBERT KNIEF<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA SADAT WASHINGTON,<br><br>Defendant. | Case No. 2:16-cr-279-JAD-PAL<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the objections the report and recommendation currently due on August 14, 2017, be vacated and continued to September 15, 2017.

DATED this 11th day of August, 2017.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE