# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) 2:16-cr-00279-JAD-PAL-1 |
| vs. | ) |
| JOSHUA SADAT WASHINGTON, | )<br>) |
| Defendant. | ) **ORDER**<br>) |

On August 17, 2017, this Court granted the Ex Parte Motion to Withdraw as Counsel for Defendant (doc. 78).

Accordingly, IT IS HEREBY ORDERED that TERRENCE M. JACKSON, is APPOINTED as counsel for Joshua Sadat Washington in place of the Federal Public Defender's Office for all future proceedings.

The Federal Public Defender's office shall forward the file to Mr. Jackson forthwith.

DATED this 17th day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE

FILED _____ _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 1 7 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY