# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:16-cr-00279-JAD-PAL |
| Plaintiff | Order Adopting Report and Recommendation and Denying Motion to Dismiss |
| v. | |
| Joshua Sadat Washington, and Fedel Ezekiel Sakers, | [ECF Nos. 43, 76] |
| Defendants | |

Defendants Joshua Sadat Washington and Fedel Ezekiel Sakers are charged with (1) interference with interstate commerce by robbery in violation of 18 U.S.C. § 1951; (2) brandishing a firearm in furtherance of a crime of violence in violation of 18 U.S.C. § 924(c)(1)(A)(ii) & § 2; and (3) transportation of stolen goods in violation of 18 U.S.C. § 2314.[1] Washington moved to dismiss count 2, arguing that the predicate Hobbs Act robbery charged in count 1 is not a crime of violence.[2]

Magistrate Judge Peggy Leen recommends that I deny Washington's motion to dismiss.[3] Her report and recommendation was issued on July 31, 2017,[4] and objections to it were due on September 18, 2017.[5] No objections to the report and recommendation have been filed. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[6] Accordingly, with good

---

[1] ECF No. 29.

[2] ECF No. 43 at 2.

[3] ECF No. 76.

[4] Id.

[5] ECF No. 95.

[6] Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); see also Thomas v. Arn, 474 U.S. 140, 150 (1985); United States v. Reyn-Tapia, 328 F.3d 1114, 1121

cause appearing and no reason to delay, IT IS HEREBY ORDERED that Magistrate Judge Leen's report and recommendation [ECF No. 76] is ACCEPTED and ADOPTED, and Washington's motion to dismiss [ECF No. 43] is DENIED.

DATED: October 24, 2017.

_____
Jennifer A. Dorsey
United States District Judge

(9th Cir.2003).