# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>v.<br><br>Joshua S. Washington,<br><br>    Defendant | 2:16-cr-00279-JAD-PAL<br><br>**Order Granting in Part<br>Motion for Extension of Time to<br>File Objections to Report &<br>Recommendations**<br><br>[ECF Nos. 138, 141] |

      Defendant Joshua Washington, who is representing himself, moves for a 30-day extension of his January 19, 2018, deadline to file objections to Magistrate Judge Leen's Report of Findings and Recommendation to deny Washington's motion to suppress.[1] Washington represents that he requires an additional 30 days because he is awaiting his case file and a transcript of the evidentiary hearing.[2] The government responds that Washington has now received his file, and it does not object to an extension of time, unless that extension risks interfering with the February 27, 2018, trial date.[3]

      The transcript of the evidentiary hearing has been ordered on a 7-day expedited basis.[4] And I am concerned that a full 30-day extension of the objection deadline will make it impossible for the government to respond to, and this Court to properly address, Washington's anticipated objections before the scheduled trial date. As Washington was present at the

---

[1] ECF No. 141 (motion to extend time); ECF No. 135 (Report and Recommendation).

[2] ECF No. 141.

[3] ECF No. 143.

[4] Because I have already processed this request for an expedited transcript through the CJA system, I deny Washington's motion for that transcript and the transcript of his *Faretta* hearing [ECF No. 138] as moot. I have approved the preparation of the suppression-hearing transcript on an expedited basis, but Washington has not shown that the *Faretta* hearing transcript is necessary on an expedited basis, so that will be prepared in the normal course.

evidentiary hearing, he can rely on his memory of the events at that hearing to begin preparing his objections now, and just shore his filing up with specific references to the transcript as soon as he receives it. Accordingly, I find good cause for an extension of time to Friday, February 2, 2018, only. **I thus GRANT the motion for extension of time [ECF No. 141] in part.**

IT IS HEREBY ORDERED that Washington's **deadline to file objections to the Report and Recommendation** denying his motion to suppress [ECF No. 135] **is EXTENDED to February 2, 2018.**

IT IS FURTHER ORDERED that Washington's motion for hearing transcripts **[ECF No. 138] is DENIED as moot** because that request has been processed through the court's CJA voucher system.

DATED: January 19, 2018

_____
Jennifer A. Dorsey
United States District Judge