# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>JOSHUA SADAT WASHINGTON,<br><br>    Defendant | 2:16-cr-00279-JAD-PAL-1<br><br>**ORDER**<br>**JURY MEALS** |

This Court having ordered the jury impaneled in the above entitled action to be kept together during periods of deliberation, now, therefore**,**

**IT IS HEREBY ORDERED** that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of Court.

DATED: March 19, 2018

_____
Jennifer A. Dorsey
United States District Judge