# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

Plaintiff

v.

Joshua Sadat Washington, et al.,

Defendants

Case No.: 2:16-cr-00279-JAD-PAL

**Order Denying Motion for Fifth Continuance of Sentencing Hearing**

[ECF No. 314]

Defendant Joshua Sadat Washington was convicted of interference with commerce by robbery, brandishing a firearm in furtherance of a crime of violence, and transportation of stolen property after the jury found him guilty of the armed take-down robbery of a local jewelry store.[1] Washington invoked his Sixth Amendment right to represent himself. Because of the challenges that his detained status has added to his ability to prepare for sentencing, this Court has generously granted him four continuances—often requested in the eleventh hour and often over the strong objections of the government and the victims who continue to show up for his sentencing—to permit him to prepare mitigating evidence for his sentencing hearing.[2] When I reluctantly granted his fourth continuance request and scheduled his sentencing hearing for November 8, 2018, I made it clear that no further continuances would be granted.[3]

But Washington now brings an emergency motion for a fifth continuance, asking me to move his sentencing into next year because he has experienced "dorm disturbance," "missing

---

[1] ECF No. 225.

[2] ECF Nos. 241, 286, 295, 313.

[3] ECF No. 313 (minute entry stating, "The Court makes preliminary remarks and hears the parties positions on Washington's Sealed Emergency Motion to Continue Sentencing. The Court places her findings on the record and GRANTS Washington's request for a continuance. Washington is advised this will be the **final continuance** and the sentencing will go forward on 11/8/2018 whether or not his psychological evaluation is completed").

1

property," "lockdown," and the rescheduling of his psychological evaluation.[4] Washington was expressly cautioned when I granted his request for a fourth continuance that issues like these would not be a basis for any further delays. And I do not find that these reasons give me good cause to continue this sentencing a fifth time, particularly when Washington has been repeatedly and expressly advised that his sentencing will go forward on November 8th as scheduled regardless of any further challenges, delays, or problems in preparation that he faces.

Accordingly, Washington's Emergency Motion for a Fifth Continuance of his Sentencing Hearing **[ECF No. 314] is DENIED**. The Court reiterates that **Washington's sentencing hearing will go forward as scheduled on November 8, 2018, and Washington will be expected to raise all arguments and present any evidence at that time without further continuances.**

Dated: October 30, 2018

_____
U.S. District Judge Jennifer A. Dorsey

---

[4] ECF No. 314.