# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

    Plaintiff

v.

Joshua Sadat Washington, et al.,

    Defendants

Case No.: 2:16-cr-00279-JAD-PAL

**Order Denying Emergency Motion**

[ECF No. 331]

    Defendant Joshua Sadat Washington was convicted of interference with commerce by robbery, brandishing a firearm in furtherance of a crime of violence, and transportation of stolen property after a jury found him guilty of the armed take-down robbery of a local jewelry store.[1] He was sentenced to 204 months in custody and has appealed. On January 3, 2019, Washington filed an Emergency Motion Requesting Order to Travel, asking the court to direct the Bureau of Prisons to allow him to travel to his designated BOP facility with his legal documents.[2] The government has opposed the motion, advising this court that Washington sought the same relief from the Ninth Circuit Court of Appeals. The appellate court construed his motion as a request for an extension of the deadlines he faces in his appeal and granted it to that extent.[3] Because the relief granted by the appellate court appears to have resolved the concerns that Washington raises in this motion, IT IS HEREBY ORDERED that Washington's emergency motion **[ECF No. 331] is DENIED** as moot.

Dated: January 22, 2019

                                    U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 225.

[2] ECF No. 331.

[3] ECF No. 334 at 2.