# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　Plaintiff<br><br>v.<br><br>Joshua Sadat Washington,<br><br>　　Defendant | Case No.: 2:16-cr-00279-JAD-PAL<br><br>**Order Denying Pro Se Motion for Transcripts**<br><br>[ECF No. 328] |

Defendant Joshua Sadat Washington represented himself at trial and, after being sentenced, initially represented himself on appeal. While acting pro se, Washington moved this court for trial transcripts. But shortly after, he withdrew his request for self-representation, and pursuant to the Ninth Circuit's subsequent order, I appointed G. Michael Tanaka as Washington's appellate counsel.[1]

IT IS THEREFORE ORDERED that Washington's **pro se motion for transcripts [ECF No. 328] is DENIED**. His counsel is directed to order any transcripts through the e-voucher authorization system.

Dated: April 9, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 341.