```
IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:16-cr-279-JAD-PAL |
| Plaintiffs, ) | ORDER UNSEALING TRANSCRIPT |
| v. ) | |
| JOSHUA SADAT WASHINGTON (1), ) FEDEL EZEKIEL SAKERS (2) ) | |
| Defendants. ) | |

Upon the request of Michael Tanaka, Esq., and good cause appearing:

IT IS HEREBY ORDERED the following transcript which contains a sealed portion shall be unsealed in order to permit the Court Reporter to prepare transcript of the following hearing and sealed portion: 7/26/17, ECF 74, Motion Hearing.

IT IS FURTHER ORDERED that the Court Reporter shall transcribe the sealed portion of the hearing identified herein and provide a copy of the sealed portion to Michael Tanaka, Esq.

IT IS FURTHER ORDERED that the transcript portion identified herein shall remain under seal on the public record until further order of this Court, or the Ninth Circuit Court of Appeals.

Dated: May 13, 2019

_____
THE HONORABLE JENNIFER A. DORSEY
United States District Judge