```
 1                    UNITED STATES DISTRICT COURT
                           DISTRICT OF NEVADA
 2
   UNITED STATES OF AMERICA,       )
 3                                 )   Case No. 2:16-cr-00279-JAD-PAL
                Plaintiff,         )
 4                                 )   ORDER TEMPORARILY UNSEALING
           vs.                     )   TRANSCRIPT
 5 JOSHUA SADAT WASHINGTON (1),    )
   FEDEL EZEKIEL SAKERS (2),
 6
                Defendant.
 7 _____

 8

 9         Upon the request of Michael Tanaka, Esq., and good

10 cause appearing:

11         IT IS HEREBY ORDERED the following transcript which

12 contains a sealed portion shall be unsealed in order to permit

13 the Court Reporter to prepare transcript of the following

14 hearing and sealed portion: 11/2/17, ECF 105, Motion Hearing.

15         IT IS FURTHER ORDERED that the Court Reporter shall

16 transcribe the sealed portion of the hearing identified herein

17 and provide a copy of the sealed portion to Michael Tanaka, Esq.

18         IT IS FURTHER ORDERED that the transcript portion

19 identified herein shall remain under seal on the public record

20 until further order of this Court, or the Ninth Circuit Court of

21 Appeals.

22

23         **DATED** this 6th day of June, 2019.

24                                  _____
                                    THE HONORABLE JENNIFER A. DORSEY
25                                  United States District Judge
```