1               IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF NEVADA

3   UNITED STATES OF AMERICA,   )
                             ) Case No. 2:16-cr-279-JAD-PAL

4          Plaintiff,      )
                             )     ORDER TEMPORARILY

5   vs.                      ) UNSEALING AUDIO RECORDING
                             )

6   JOSHUA SADAT WASHINGTON (1), )
                             )

7          Defendant.      )
   _____ )

8

9       Michael Tanaka, Esq., appellate counsel, filed a

10  Designation of Transcripts (ECF 344).  Of the transcripts

11  requested, the following docket number is a proceeding that is

12  either sealed or contains a sealed portion:  Docket No. 84.

13  The transcript is to be prepared by AMBER M. McCLANE,

14  Certified Court Transcriber.

15      **IT IS THE ORDER OF THE COURT** that the sealed audio

16  recording shall be unsealed for the limited purpose of

17  preparing the transcript by AMBER M. McCLANE and providing a

18  copy of the transcript to Michael Tanaka, Esq., as requested.

19      **IT IS FURTHER ORDERED** that the audio recording shall

20  thereafter be resealed and a certified copy of the transcript

21  be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and

22  remain sealed until further order of this Court.

23      **IT IS FURTHER ORDERED** that the receiving party shall not

24  disclose the sealed contents of the transcript of the

25  proceeding to anyone other than the representatives of the

1    parties directly concerned with this case.

2        Dated this 12th day of June, 2019.

3

4        _____
         THE HONORABLE JENNIFER A. DORSEY
5        United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25