# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

    Plaintiff

v.

Joshua Sadat Washington, et al.,

    Defendants

Case No.: 2:16-cr-00279-JAD-PAL

**Order Denying Motion for Counseling**

[ECF No. 387]

    Defendant Joshua Sadat Washington moves this court to order him to receive "therapy-counseling" while he is incarcerated and in the custody of the Bureau of Prisons (BOP). Unfortunately, this court lacks the power to order such programs or resources for an inmate; those decisions are in the hands of the BOP. The court encourages Mr. Washington to present his request to the appropriate prison staff member. Should Mr. Washington still desire such services once he is released and begins his term of supervised release, he can file a motion at that time asking the court to order such services through the U.S. Probation Office.

    Accordingly, IT IS HEREBY ORDERED that the Ex Parte Motion Requesting a Court Order for Therapy-Counseling **[ECF No. 387] is DENIED.**

    Dated: October 5, 2020

                                                  U.S. District Judge Jennifer A. Dorsey