**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States, | Case No.: 2:16-cr-00279-JAD-PAL-1 |
| Plaintiff | |
| v. | **Order Denying Motion for Copy of the Docket Sheet** |
| Joshua Sadat Washington, | [ECF No. 414] |
| Defendant | |

Defendant Joshua Sadat Washington was sentenced to 204 months in prison after a jury found him guilty of committing an armed robbery of a jewelry store.[1]  In November 2021, Washington moved for the return of $1,933 that he claims was seized during his 2016 arrest.[2]  I granted the government's motion to dismiss that motion, finding that Washington's request must be filed in the district where the property was seized.[3]  Washington did not timely appeal that order, but in July I granted his motion to extend his deadline to do so and granted in part his motion for a copy of the docket.  Washington moves again for a full copy of the docket sheet. The majority of the docket is related to his underlying criminal case, which has already been unsuccessfully appealed and closed, and has no bearing on his current attempts to have his property returned.  So I deny his request because he has not shown good cause to grant it.  I also deny the request because the court does not send free copies of its documents.  A prisoner-litigant who wants copies of documents from the court must pay $0.10 per page to receive them and must make such a request using the proper form, which is available on the court's website at

---

[1] ECF No. 320 at 1–2 (judgment).

[2] ECF No. 397.

[3] ECF No. 404 (order); ECF No. 397 (motion for return of property); ECF No. 399 (motion to dismiss).

https://www.nvd.uscourts.gov/wp-content/uploads/2022/04/Copy-Service-Request-Form-4-1-2022.pdf.[4]

IT IS THEREFORE ORDERED that Washington's motion for a copy of the docket [ECF No. 414] is DENIED.

_____

U.S. District Judge Jennifer A. Dorsey
October 11, 2022

---

[4] Nev. LR IC 1-1(i)(5); 28 U.S.C. § 1914.