# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

     Plaintiff

v.

Joshua Sadat Washington,

     Defendant

Case No.: 2:16-cr-00279-JAD-PAL-1

**Order Granting Motion to Extend Time**

[ECF No. 450]

Joshua Sadat Washington moves for an additional week to file his reply in support of his 28 U.S.C. § 2255 motion, explaining that he needs to buy copy cards and additional postage to complete that task and that the commissary is currently closed.[1]  Because this constitutes good cause for the extension, and the government does not oppose this request,[2] IT IS ORDERED that Washington's motion to extend his reply deadline **[ECF No. 450] is GRANTED.** **Washington's deadline to file his reply brief is extended to April 4, 2023.**

_____
U.S. District Judge Jennifer A. Dorsey
March 29, 2023

---

[1] ECF No. 450.

[2] ECF No. 451.